No. 83–6789. WALKER *v.* BROWN & ROOT, INC. C. A. 11th Cir. Certiorari denied.

No. 83–6790. HURD *v.* HURD ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 83–6791. RANDALL *v.* FITZMORRIS ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 83–6796. LOE *v.* UNITED STATES PAROLE COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–6799. DIMINNIE *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–6804. BATHGATE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–6805. HEIRENS *v.* MIZELL, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–6810. NASSER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–6812. WALBORN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–6817. KOZERSKI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–6818. COSTANTINI *v.* AMERICAN EXPRESS CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–6819. COLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6820. GRAHAM *v.* SOLEM, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–6821. SPURLOCK *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 83–6822. WRIGHT ET AL. *v.* LONDON GROVE TOWNSHIP. C. A. 3d Cir. Certiorari denied.